U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Dec 28 - 2025**

John M. Domurad, Clerk

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the
Northern District of New York

_____ Division

)
)
)    Case No. **1:25-cv-1834 (BKS/DJS)**
)            *(to be filled in by the Clerk's Office)*
)

Valerie Flores

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Willie Terrell Thomas, Chris Jenkins, Debradre Jackson, Eric Perkins, Kevin Johnson and/or Kirana Johnson, Ashley Messier

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Valerie Flores |
| Street Address | PO Box 1110 ACP 5749 |
| City and County | Albany (Albany) |
| State and Zip Code | NY 12201 |
| Telephone Number | 838-265-4961 |
| E-mail Address | |

####    B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name     Willie Terrell Thomas

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name     Chris Jenkins / Debradre Jackson / Eric Perkins

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name     Kevin Johnson & Kinara Johnson

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name     Ashley Messier

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC Ch. 103 (W.T.T.), 18 USC § 2261(A), 18 USC § 701, 18 USC § 1514, Interstate stalking, victim harrassment, violation of no

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

Contact order, Ashley Messier party to a crime in Chris Jenkins faking his death & moving to MD or DE

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Valerie Flores is a citizen of the

State of *(name)* New York

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A is incorporated

under the laws of the State of *(name)* N/A

and has its principal place of business in the State of *(name)*

N/A

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

Chris Jenkins, Eric Perkins, Kenn Johnson / Kinara Johnson, Ashley Messier

a.    If the defendant is an individual

The defendant, *(name)* Willie Terrell Thomas , is a citizen of

the State of *(name)* (WI, IN, MD, DE, AZ, . Or is a citizen of

*(foreign nation)* USA . CA, IL)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* _____N/A_____ , is incorporated under

the laws of the State of *(name)* _____N/A_____ , and has its

principal place of business in the State of *(name)* _____N/A_____ .

Or is incorporated under the laws of *(foreign nation)* _____N/A_____ ,

and has its principal place of business in *(name)* _____N/A_____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

WI Crime Victim Compensation maximum on all defendants ξ CA/~~Cobos~~ AZ CVC for Kevin's, Kivara Johnson (Eric Perkins, Chris Jenkins, Debradre Jackson, Kevin Johnson — started with mail harrassmento with this group in 2017/2018.

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

~~2017~~ ~~2025~~ Wisconsin, Delaware ξ Maryland possibly, (2025 California, Indiana 2024   (2025 → Willie T. Thomas)

, Ashley Messier - Delaware - 2025 possibly

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Please see above

Kevin Johnson was a picture that was sent to me by Chris Jenkins. Then I was repeatedly seeing a maroon Dodge minivan w/ AZ plates in 2023.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**C.    What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Ashley Messier is party to a crime of Chris Jenkins faking his death. She wants to assist criminals, but wants to cause irreparable injury to me who was a victim of crimes by these men. Her thinking & actions are unethical, illegal, and ass backwards. Chris Jenkins/Eric Perkins/Debradre Jackson were served with no contact orders after writing me from WI prisons. I don't know these men. It occurred in 2017/2018. Recently I was at a library in MD & Debradre Jackson may have showed up their in a Brown Nissan Rogue. Chris Jenkins I believe

**IV.    Irreparable Injury** is in MD because I saw a Jenkins work truck and a White/gray/black Chrysler 300. I was repeatedly being stalked by a black Chrysler 300 in 2020.

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Ashley Messier caused irreparable injury to my family case & then helped a prisoner fake his death, Chris Jenkins. He is alive & I believe living in MD or DE driving either a black Cadillac Escalade or black/gray/white Chrysler 300 w/ tinted windows. She is a party to a crime & I am pretty sure a felony & the false statements she made in my family case is also a felony. Its been a malicious vendetta with many WI residents concentrated to a few counties continuously engaging in this illegal behavior year after year.

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask for a lifetime injunction against all defendants especially Ashley Messier (what she did is unforgivable.... I will never get that lost time back). I ask for WI CVC maximum amount for each defendant $40 maximum. This injunction should include all of my immediate family members & extended family members.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/22/2025

Signature of Plaintiff    Valerie Flores

Printed Name of Plaintiff    Valerie Flores

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Valerie Flores

v.

Chris Jenkins, Debradre
Jackson, Ashley Messier,
Eric Perkins, Kevin
Johnson &
Kinara
Johnson

Address
Confidentiality
Program